No. 195, Misc. GRAY v. COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 205, Misc. BIGGS v. CUMMINS ET AL. Supreme Court of Illinois. Certiorari denied.

No: 207, Misc. HUNTER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 208, Misc. IN RE MCDANIEL. C. A. 9th Cir. Certiorari denied.

No. 215, Misc. RICKETTS v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 219, Misc. SNEAD v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *William Alfred Hall, Jr.* for petitioner. *A. S. Harrison, Jr.,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for respondent.

No. 225, Misc. PRESNELL v. MANNING, WARDEN, ET AL. Supreme Court of South Carolina. Certiorari denied.

No. 230, Misc. EGAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 235, Misc. DE SAVERIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry K. Chapman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Philip R. Monahan* for the United States.